IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-627-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v ) | **ORDER** |
| ) | |
| APPROXIMATELY $175,493.01 ) | |
| IN FUNDS, *et al*, ) | |
|     Defendant. ) | |

    THIS MATTER is before the Court on its own motion. The parties are hereby ordered to file a status report within 7 days of the issuance of this order.

    IT IS SO ORDERED.

Signed: November 29, 2018

Graham C. Mullen
United States District Judge