N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:15CV627-GCM

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| Approximately $175,493.01 in funds seized from Direct Processing, LLC E*Trade Account *3827; and | ) ) ) | **ORDER TO STAY** |
| | ) | |
| Approximately $4,238.75 in funds seized from Direct Processing, LLC Wells Fargo Account XXXXXX2315. | ) ) ) | |

THIS MATTER is before the Court on the Joint Motion to Stay filed by the United States of America, pursuant to 18 U.S.C. § 981(g)(1), and Claimants Jacqueline Okomba and Direct Processing, LLC, through counsel, pursuant to 18 U.S.C. § 981(g)(2). The parties jointly request that the Court stay all proceedings in this civil forfeiture case pending the completion of a related criminal case filed against Ms. Okomba. For the reasons stated in the Joint Motion, this Court finds good cause to stay this case and hereby stays the case. Upon conclusion of the related criminal case, the parties are hereby directed to file a status report, notice, or motion to lift stay notifying this Court of the conclusion of said case.

SO ORDERED.

Signed: January 10, 2019

Graham C. Mullen
United States District Judge