# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL NO. 3:15CV627-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>v. )<br> )<br>Approximately $175,493.01 in funds seized from )<br>Direct Processing, LLC E* Trade Account )<br>*3827; and )<br> )<br>Approximately $4,238 in funds seized from )<br>Direct Processing Wells Fargo Account )<br>XXXXXX2315. ) | **ORDER** |

THIS MATTER comes before the Court on the Government's Motion to Dismiss (Doc. No. 20). In in light of the final criminal forfeiture of the items identified in the Complaint in this case, the government requests that this Court dismiss this civil forfeiture action without prejudice. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (Doc. 20) is **GRANTED**. The Complaint (Doc. 1) is **DISMISSED**, and the Clerk is directed to CLOSE the case.

Signed: June 21, 2022

Graham C. Mullen
United States District Judge

1