# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00627-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Approximately $175,493.01 in Funds | ) | |
| Approximately $4,238.75 in Funds, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2022 Order.

June 21, 2022

Frank G. Johns, Clerk
United States District Court